UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE D. SMITH, | No.  2:13-cv-1830 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| AZIZ SHARIAT, ET AL., | |
| Defendants. | |

    Plaintiff is proceeding in this action in pro per and in forma pauperis.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On June 17, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The June 17, 2014 findings and recommendations (ECF No. 34) are adopted in full;

1

2. Frontier Adjusters' May 12, 2014 motion to dismiss (ECF No. 21) is granted;

3. Hilts and Evergreen's May 12, 2014 motion to dismiss (ECF No. 22) is granted;

4. Shariat's May 14, 2014 motion to dismiss (ECF No. 23) is granted; and

5. This action is dismissed with prejudice.

Dated: August 25, 2014

Troy L. Nunley
United States District Judge